IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

Civil Action File No.: 1:16-cv-0318-MHC

LASEDRICK TOLES,

    Plaintiff(s),

Vs.

STRATEGIC STUDENT SOLUTIONS, LLC AND DAVE GREEN, INDIVIDUALLY,
    Defendant(s),

---

### DEFENDANT'S ANSWER TO COMPLAINT

**COMES NOW**, the Defendant, DAVE GREEN, individually files this Answer to Complaint and further states:

1. The Defendant states that Defendant does not own, has possession of, or control any automatic dialing systems.
2. The Defendant, Strategic Student Solutions, LLC, utilizes third party marketing companies to which there is no affiliation or agency relationship.
3. No solicitation calls are generated by the Defendant, Dave Green, and therefore the Defendant has no knowledge of the origination of said calls.
4. The Defendant would state that no violation of the Telephone Consumer protection Act (TCPA) has been committed by the Defendant since Defendant does not own or control any of these devices.
5. The Defendant states that he does not manage the day to day operations of Strategic Student Solutions, and as such does not control, manage or permits calls from the aforementioned devices, neither does the defendant personally, or individually acknowledge, manage, or permit calls to telephone number (978) 252-0016.

6. The Defendant states that he does not own, or personally controls any predictive dialing devices or equipment.
7. The Defendant has not personally caused, authorized, overseen or participated in any calls mentioned in the complaint, specifically and exclusively relating to telephone number (978) 252-0016.
8. The Defendant demand that the charges against him be dismissed as they are baseless, misleading, and without merit.
9. The Defendant further states that the information in Plaintiff's complaint is false and misleading, and does not bear a mere modicum of fact.
10. The Defendant states that the allegations contained in the complaint is a blatant attempt to falsely enrich the Plaintiff, and by extension the Plaintiff's attorney.

**WHEREFORE**, the Defendant respectfully requests that this honorable Court deny each and every claim for the relief sought by the plaintiff and grant any such further relief that this court may deem appropriate.

Respectfully submitted,

Date: 12/14/16

_____
Dave Green/Defendant
8142 Banpo Bridge Way
Delray Beach, FL 33446


## CERTIFICATE OF SERVICE

I, **THE DEFENDANT HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished via U.S. Mail on this ____ day of December, 2016 to: Matthew T. Berry, Esquire, Berry & Associates, 2751 Buford Highway, Suite 600, Atlanta, GA 300324.

By: _____

Dave Green
8142 Bampo Bridge Way
Delray Beach, FL 33446





7016 2730 0000 0459 7760

Clerk of Court
2211 United States Courthouse
Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3300



1000
30303



U.S. POSTAGE
PAID
BOCA RATON, FL
33486
DEC 21, 16
AMOUNT
$4.45
R2305H126777-04