## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LASEDRICK TOLES, )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>STRATEGIC STUDENT )<br>SOLUTIONS, LLC AND DAVE )<br>GREEN, INDIVIDUALLY, )<br>)<br>Defendants. )<br>_____ ) | Civil Action File No.:<br>1:16-cv-03185-MHC |

## REQUEST FOR ENTRY OF DEFAULT

COMES NOW Plaintiff, Lasedrick Toles, and requests that the Clerk of Court enter default against Defendant, Strategic Student Solutions, LLC, pursuant to the FED. R. CIV. P.  55(a). In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

This 2nd day of January, 2017.

/s/ Adam Klein
Adam Klein
Georgia Bar No.: 425032
aklein@mattberry.com
Matthew T. Berry

Georgia Bar No.: 055663
*matt@mattberry.com*
**BERRY & ASSOCIATES**
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3300
Fax (404) 235-3333

*Plaintiff's Attorneys*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| LASEDRICK TOLES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No.: |
| | ) | 1:16-cv-03185-MHC |
| v. | ) | |
| | ) | |
| STRATEGIC STUDENT | ) | |
| SOLUTIONS, LLC AND DAVE | ) | |
| GREEN, INDIVIDUALLY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## AFFIDAVIT IN SUPPORT OF
## REQUEST FOR ENTRY OF DEFAULT

I, Adam Klein, being duly sworn, state as follows:

1. I am the attorney for the Plaintiff in the above-entitled action and I am familiar with the file, records and pleadings in this matter.

2. The Complaint was filed on August 29, 2016.

3. The Summons was filed on November 7, 2016.

4. Defendant, Strategic Student Solutions, LLC was served with a copy of the Summons and the Complaint on December 08, 2016.

5.  Defendant, Strategic Student Solutions, LLC's Answer was due on December 30, 2016.

6.  Defendant, Strategic Student Solutions, LLC has failed to Answer, or otherwise defend, within the time allowed and is now in default.

7.  Plaintiff requests that the Clerk of Court enter default against Defendant, Strategic Student Solutions, LLC.

This 2nd day of January, 2017.

Adam Klein
Georgia Bar No.: 425032
aklein@mattberry.com
**BERRY & ASSOCIATES**
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3300
Fax (404) 235-3333

*One of Plaintiff's Attorneys*

Sworn to and subscribed before me this

___α___ day of _January_ , 2017

_____
Notary Public

My Commission Expires: _April 3, 2020_

JULIA BRISCOE
NOTARY
EXPIRES
GEORGIA
April 3, 2020
PUBLIC
FULTON COUNTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LASEDRICK TOLES,                          )
                                          )
        Plaintiff,                        )      Civil Action File No.:
                                          )      1:16-cv-03185-MHC
v.                                        )
                                          )
STRATEGIC STUDENT                         )
SOLUTIONS, LLC AND DAVE                   )
GREEN, INDIVIDUALLY,                      )
                                          )
        Defendants.                       )

## [PROPOSED] ENTRY OF DEFAULT

Plaintiff, Lasedrick Toles, requests that the Clerk of Court enter default against Defendant, Strategic Student Solutions, LLC, pursuant to the FED. R. CIV. P. 55(a). It appearing from the record that Defendant Strategic Student Solutions, LLC has failed to appear, plead or otherwise defend, the default of Defendant Strategic Student Solutions, LLC is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

This 2nd day of January, 2017.

                                CLERK OF COURT


                                _____
                                *Signature of Clerk or Deputy Clerk*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LASEDRICK TOLES, | ) |
| | ) |
| Plaintiff, | ) Civil Action File No.: |
| | ) 1:16-cv-03185-MHC |
| v. | ) |
| | ) |
| STRATEGIC STUDENT | ) |
| SOLUTIONS, LLC AND DAVE | ) |
| GREEN, INDIVIDUALLY, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2017, I caused a copy of the foregoing Request for Entry of Default, Affidavit in Support of Request for Entry of Default and proposed Entry of Default to be placed in a postage-paid envelope addressed to Defendant Strategic Student Solutions, LLC, and deposited said envelope in the United States mail:

Strategic Student Solutions, LLC
c/o Dave Green, Registered Agent
8142 Banpo Bridge Way
Delray Beach, Florida 33446

/s/ Adam Klein
Adam Klein
Georgia Bar No.: 425032
aklein@mattberry.com
**BERRY & ASSOCIATES**

*One of Plaintiff's Attorneys*