# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Lasedrick Toles, | ) |
|     Plaintiff, | ) Civil Action File No.: |
| | ) 1:16-cv-03185-MHC |
| v. | ) |
| Strategic Student Solutions, LLC and Dave Green, Individually, | ) |
|     Defendants. | ) |

## MOTION FOR VOLUNTARY DISMISSAL OF
## FOR DAVE GREEN, INDIVIDUALLY

COMES NOW Plaintiff, Lasedrick Toles, by and through his undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(2), and hereby moves to voluntarily dismiss this action, without prejudice as against Defendant Dave Green, Individually ("Green")

Plaintiff's counsel has been unable to contact Green throughout the course of this litigation. Defendant Strategic Student Solutions, LLC is in default in this action, and Plaintiff intends to file a Motion for Default Judgment as to that Defendant.

Respectfully submitted this 31st day of July, 2017.

1

        */s/ Adam Klein*
        Adam Klein
        Georgia Bar No. 425032
        Berry & Associates
        2751 Buford Highway, Suite 600
        Atlanta, Georgia 30324
        Telephone: (404) 235-3334
        aklein@mattberry.com

        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I caused the electronic filing of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notifications of such filing to all attorneys of record that have appeared in this case, and have mailed copies to Defendants at:

Dave Green
8142 Banpo Bridge Way
Delray Beach FL 33446

Strategic Student Solutions
8461 Lake Worth Road, Suite 450
Lake Worth FL 33467

                                         */s/ Adam Klein*
                                         Adam Klein
                                         Georgia Bar No. 425032